PRICE v. STATE.　(No. 3331.)

(Court of Criminal Appeals of Texas.　Nov. 18, 1914.)

CRIMINAL LAW (§ 1090*)—APPEAL—DETERMINATION.

In the absence of a statement of facts or bills of exception, a conviction must be affirmed, when no question was raised which could be reviewed without reference to the statement of facts or bill of exceptions.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2653, 2789, 2803–2822, 2825–2827, 2927, 2928, 2948, 3204; Dec. Dig. § 1090.*]

Appeal from District Court, Gonzales County; M. Kennon, Judge.

Emil Price was convicted of crime, and he appeals.　Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J.　From a conviction for rape, the lowest penalty assessed, this appeal is prosecuted.

There is neither a statement of facts nor bill of exceptions in the record.　In the absence of these, no question is raised which we can review.

The judgment is therefore affirmed.